UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| SPECTRUM SOUTHEAST, LLC<br><br>               Plaintiff,<br><br>               v.<br><br>CRAIG BURNS, in his capacity as Tax Commissioner, THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION,<br><br>               Defendant. | Civil Action No: **3:20-cv-00605-MHL**<br><br>**RULE 41(a) STIPULATION OF DISMISSAL** |

## RULE 41(a) STIPULATION OF DISMISSAL

Plaintiff Spectrum Southeast, LLC, by and through its undersigned counsel, files this Stipulation of Dismissal voluntarily dismissing this action pursuant to Rule 41(a)(1)(A)(ii). The Stipulation is agreed-upon and signed by counsel for all parties that have appeared.

Respectfully submitted this 14th day of October 2021.

**SO ORDERED**

/s/
M. Hannah Lauck
United States District Judge

**FOR PLAINTIFF:**

EVERSHEDS SUTHERLAND (US) LLP

By: */s/ Matthew Gatewood*
Matthew Gatewood (VSB No. 89843)
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Phone: (202) 383-0122
Fax: (202) 637-3593
matthewgatewood@eversheds-sutherland.com

Eric S. Tresh
   (Admitted *Pro Hac Vice*)
Maria M. Todorova
   (Admitted *Pro Hac Vice*)
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
Phone: (404) 853-8000

erictresh@eversheds-sutherland.com
mariatodorova@eversheds-sutherland.com

*Counsel for Spectrum Southeast, LLC*

**FOR DEFENDANT:**

OFFICE OF THE ATTORNEY GENERAL

By: */s/ Flora T. Hezel*
Flora T. Hezel (VSB No. 47482)
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: (804) 786-8587
FHezel@oag.state.va.us

*Counsel for Craig Burns, in his capacity as Tax Commissioner, The Commonwealth of Virginia Department of Taxation*